UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:24cv00039 DDP (SHKx)                                       Date: August 6, 2024

Title   ZUFFA, LLC D/B/A ULTIMATE FIGHTING CHAMPIONSHIP v. RYAN EARL MOORE, ETC.; ET AL.

Present: The Honorable:   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) – ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **August 30, 2024** why this action should not be dismissed for lack of prosecution **as to defendants Ryan Earl Moore** *individual, and as officer director, shareholder and/or principal of Cyn entertainment doing business as Crowleys Tavern Pizza and Brew*; **and CYH Entertainment** *doing business as Crowleys Tavern Pizza and Brew*. In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider Plaintiff's filing of a application for the clerk to enter default <u>judgment</u> on **defendants**, or plaintiff's filing of a <u>motion</u> for entry of default <u>judgment</u> on **defendants** on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | CMJ |